# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 27, 2014

| No.: 14-1814 | NATIONWIDE MUTUAL INSURANCE COMPANY, Plaintiff - Appellee<br><br>v.<br><br>JANE DOE, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-09448<br>Northern District of Illinois, Eastern Division<br>District Judge Gary S. Feinerman ||

Upon consideration of the **MOTION TO VOLUNTARILY DISMISS APPEAL**, filed on August 26, 2014, by counsel for the appellant,

**IT IS ORDERED** that this appeal is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit